■ In the Matter of VARIOUS TENANTS OF 790 RIVERSIDE DRIVE, NEW YORK CITY v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator.— Motion by landlord-respondent, pursuant to CPLR 5701 (subd. [c]) for leave to appeal to this court from an intermediate order in an article 78 proceeding which set aside a determination of the City Rent and Rehabilitation Administrator and remanded the same to the Administrator for reconsideration. Such order is not appealable as of right. Under CPLR 5701 (subd. [c]), a motion for leave to appeal to this court must be made to an individual Justice of this court. Accordingly, this motion was referred to the Hon. FRANCIS L. VALENTE, an Associate Justice of this court. The motion for leave to appeal is denied by Mr. JUSTICE VALENTE.

■ UNITED STATES OVERSEAS AIRLINES, INC. v. GLOBAL PRESENTATIONS, INC.— Motion to dismiss appeal granted with leave to apply for reinstatement upon a proper showing of merits. (See Tonkogony v. Jaffin, 21 A D 2d 264.) Concur — Breitel, J. P., Valente, McNally, Eager and Staley, JJ.

## (November 9, 1965)

■ NATIONAL TELEFILM ASSOCIATES, INC., Respondent, v. JACK M. OSTROW, Appellant.— Order, entered on June 15, 1965, denying a motion by defendant Ostrow to dismiss the complaint on the ground that the action cannot be maintained against him because of the Statute of Limitations, unanimously affirmed, with $30 costs and disbursements to respondent, on the opinion of Mr. Justice GELLER at Special Term. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [48 Misc 2d 58.]

■ In the Matter of LOUIS H. SAMUELS, an Attorney.— Motion for reinstatement denied with leave to renew upon proper and sufficient proofs of respondent's fitness to engage in the practice of law, including a verified report of a psychiatrist to be made following an examination of the respondent. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of BENJAMIN LEVY, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.